# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to Case Number:<br><br>2:19-cv-01639-RMG. |

This matter comes before the Court on the motion of Defendant Incorporated Village of East Hampton s/h/i as Incorporated Village of East Hampton d/b/a East Hampton Fire Department, pursuant to Local Rule 83.I.07(A), to withdraw the appearances of Lauren Turkel, Michael Gollub and the firm of Marshall, Conway & Bradley, PC as an attorneys of record for Incorporated Village of East Hampton s/h/i as Incorporated Village of East Hampton d/b/a East Hampton Fire Department in the cases identified above. (Dkt. No. 270.) Plaintiffs' Liaison Counsel does not oppose the motion, and in the interest of justice and for good cause shown, the motion to withdraw the appearances of Lauren Turkel, Michael Gollub and the firm of Marshall, Conway & Bradley, PC is GRANTED.

It is hereby **ORDERED** that Lauren Turkel, Michael Gollub and the firm of Marshall, Conway & Bradley, PC's appearances as counsel for defendant Incorporated Village of East Hampton s/h/i as Incorporated Village of East Hampton d/b/a East Hampton Fire Department is withdrawn.

**AND IT IS SO ORDERED.**

October 1, 2019
Charleston, South Carolina

Richard Mark Gergel
United States District Court Judge